**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CYNTHIA A. PHILLIPS,**

    **Plaintiff,**

v.                                                  **Case No. 8:05-cv-1327-T-30MAP**

**AMERICAN AIRLINES, INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Report and Recommendation (Dkt. 45) filed by Magistrate Mary S. Scriven on Defendant's Motion for Summary Judgment (Dkt. 43).[1] All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Plaintiff filed Objections (Dkt. 47), and Defendant filed a response (Dkt. 48) thereto. Upon consideration of the Report and Recommendation of the Magistrate Judge and upon this Court's independent examination of the file, it is

ORDERED AND ADJUDGED that:

1. The Magistrate Judge's Report and Recommendation (Dkt. #45) is adopted, confirmed and approved in all respects. All objections are overruled.

---

[1] Defendant's Motion for Summary Judgment was originally filed as a Motion to Dismiss. However, based on Magistrate Scriven's March 3, 2006 order (Dkt. 42) denying Defendant's Motion to Dismiss *nun pro tunc* and directing the Clerk to refile the same as a Motion for Summary Judgment.

2. The Clerk is directed to terminate any pending motions and CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on July 27, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1327.frm